```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 16348
   KEVIN M MCCORMIRK
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2485


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/07/2007 and was not confirmed.

     The case was dismissed without confirmation 12/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
CARRINGTON MORTGAGE SERV  CURRENT MORTG         .00            .00            .00
CARRINGTON MORTGAGE SERV  MORTGAGE ARRE         .00            .00            .00
FC STONE/SPIKE TRADING    NOTICE ONLY     NOT FILED            .00            .00
AMERICAN HONDA FINANCE    SECURED NOT I         .00            .00            .00
AMERICAN HONDA FINANCE    SECURED NOT I         .00            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
CLARE MCCORMICK           NOTICE ONLY     NOT FILED            .00            .00
GMAC                      SECURED NOT I         .00            .00            .00
WELLS FARGO FINANCIAL IL  SECURED NOT I         .00            .00            .00
WELLS FARGO FINANCIAL IL  UNSECURED         535.35             .00            .00
FORREST L INGRAM PC       UNSECURED       41962.59             .00            .00
INTERNAL REVENUE SERVICE  PRIORITY        11540.47             .00            .00
INTERNAL REVENUE SERVICE  UNSECURED       54659.53             .00            .00
SPIKE TRADING             UNSECURED      127500.00             .00            .00
PHILIP A IGOE             DEBTOR ATTY         .00                            .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                          ---------------       ---------------
TOTALS                          .00                   .00



                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16348 KEVIN M MCCORMIRK
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 03/27/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```